# EXHIBIT F

Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Jose Maria D. Patino, Jr. (SBN 270194)
  jose@setarehlaw.com
Maxim Gorbunov (SBN 343128)
  maxim@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff AMY FUJISHIGE

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF CONTRA COSTA

UNLIMITED JURISDICTION

| | |
|---|---|
| AMY FUJISHIGE, on behalf of herself and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 22CV403296<br><br>**PLAINTIFF'S NOTICE RE: ORDER SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for February 8, 2023 at 2:30 p.m. in Department 3 of the Santa Clara County Superior Court. A true and correct copy of the Order is attached hereto as **Exhibit A**.

    Plaintiff was ordered to give notice.

DATED: September 26, 2022                              SETAREH LAW GROUP

                                                                   SHAUN SETAREH
                                                                   JOSE MARIA D. PATINO, JR.
                                                                   MAXIM GORBUNOV
                                                                   Attorneys for Plaintiff
                                                                   AMY FUJISHIGE

# "EXHIBIT A"

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**
**191 N. FIRST STREET**
**SAN JOSE, CA 95113-1090**

Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 9/21/2022 3:14 PM
Reviewed By: R. Walker
Case #22CV403296
Envelope: 10024745

TO:     FILE COPY

RE:     <u>Fujishige v. Amazon.com Services, LLC</u> (Class Action)
CASE NUMBER:   **22CV403296**

**ORDER DEEMING CASE COMPLEX AND STAYING DISCOVERY**
**AND RESPONSIVE PLEADING DEADLINE**

WHEREAS, the Complaint was filed by Plaintiff **Amy Fujishige** ("Plaintiff") in the Superior Court of California, County of Santa Clara, on **August 29, 2022** and assigned to Department **3** (Complex Civil Litigation), the **Honorable Patricia M. Lucas** presiding, pending a ruling on the complexity issue;

IT IS HEREBY ORDERED that:
The Court determines that the above-referenced case is **COMPLEX** within the meaning of California Rules of Court 3.400. The matter remains assigned, for all purposes, including discovery and trial, to Department **3** (Complex Civil Litigation), the **Honorable Patricia M. Lucas** presiding.

The parties are directed to the Court's local rules and guidelines regarding electronic filing and to the Complex Civil Guidelines, which are available on the Court's website.

Pursuant to California Rules of Court, Rule 3.254, the creation and maintenance of the Master Service List shall be under the auspices of (1) Plaintiff **Amy Fujishige**, as the first-named party in the Complaint, and (2) the first-named party in each Cross-Complaint, if any.

Pursuant to Government Code section 70616(b), each party's complex case fee is due within ten (10) calendar days of this date.

Plaintiff shall serve a copy of this Order on all parties forthwith and file a proof of service within seven (7) days of service.

Any party objecting to the complex designation must file an objection and proof of service within ten (10) days of service of this Order. Any response to the objection must be filed within seven (7) days of service of the objection. The Court will make its ruling on the submitted pleadings.

The Case Management Conference remains set for **February 8, 2023 at 2:30 p.m. in Department 3**.

Counsel for all parties are ordered to meet and confer in person at least 15 days prior to the First Case Management Conference and discuss the following issues:
1. Issues related to recusal or disqualification;
2. Issues of law that, if considered by the Court, may simplify or further resolution of the case, including issues regarding choice of law;
3. Appropriate alternative dispute resolution (ADR), for example, mediation, mandatory settlement conference, arbitration, mini-trial;
4. A plan for preservation of evidence and a uniform system for identification of documents throughout the course of this litigation;
5. A plan for document disclosure/production and additional discovery; which will generally be conducted under court supervision and by court order;

6. Whether it is advisable to address discovery in phases so that information needed to conduct meaningful ADR is obtained early in the case (counsel should consider whether they will stipulated to limited merits discovery in advance of certification proceedings), allowing the option to complete discovery if ADR efforts are unsuccessful;
7. Any issues involving the protection of evidence and confidentiality;
8. The handling of any potential publicity issues;

Counsel for Plaintiff is to take the lead in preparing a Joint Case Management Conference Statement to be filed 5 calendar days prior to the First Case Management Conference, and include the following:

1. a brief objective summary of the case;
2. a summary of any orders from prior case management conferences and the progress of the parties' compliance with said orders;
3. significant procedural and practical problems that may likely be encountered;
4. suggestions for efficient management, including a proposed timeline of key events; and
5. any other special consideration to assist the court in determining an effective case management plan.

To the extent the parties are unable to agree on the matters to be addressed in the Joint Case Management Conference Statement, the positions of each party or of various parties should be set forth separately and attached to this report as addenda. The parties are encouraged to propose, either jointly or separately, any approaches to case management they believe will promote the fair and efficient handling of this case. The Court is particularly interested in identifying potentially dispositive or significant threshold issues the early resolution of which may assist in moving the case toward effective ADR and/or a final disposition.

**STAY ON DISCOVERY AND RESPONSIVE PLEADING DEADLINE** Pending further order of this Court, the service of discovery and the obligation to respond to any outstanding discovery is stayed. However, Defendant(s) shall file a Notice of Appearance for purposes of identification of counsel and preparation of a service list. The filing of such a Notice of Appearance shall be without prejudice to the later filing of a motion to quash to contest jurisdiction. Parties shall not file or serve responsive pleadings, including answers to the complaint, motions to strike, demurrers, motions for change of venue and cross-complaints until a date is set at the First Case Management Conference for such filings and hearings.

This Order is issued to assist the Court and the parties in the management of this "Complex" case through the development of an orderly schedule for briefing and hearings. This Order shall not preclude the parties from continuing to informally exchange documents that may assist in their initial evaluation of the issues presented in this Case.

Plaintiff shall serve a copy of this Order on all the parties in this matter forthwith.

SO ORDERED.

Date: September 21, 2022

Hon. **Patricia M. Lucas**
Judge of the Superior Court

---

If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the American with Disabilities Act, please contact the Court Administrator's office at (408) 882-2700, or use the Court's TDD line, (408) 882-2690 or the Voice/TDD California Relay Service, (800) 735-2922.

2

Updated on 3/11/21.

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9665 Wilshire Blvd., Suite 430 Beverly Hills, CA 90212.

On September 26, 2022, I served the foregoing documents described as:

**PLAINTIFF'S NOTICE RE: ORDER SETTING CASE MANAGEMENT CONFERENCE**

in this action by transmitting a true copy thereof addressed as follows:

AMAZON.COM SERVICES, LLC
c/o Trudy Desbiens
2710 Gateway Oaks Dr. Suite 150N
Sacramento, CA 95833
**Agent for Service of Process for Defendant Amazon.com Services LLC, et al.**

[X]    **BY MAIL**

I am readily familiar with the practice of Setareh Law Group for the collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with United States Postal Service the same day it is submitted for mailing with postage thereon fully prepaid at Beverly Hills, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]    **STATE**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 26, 2022, at Beverly Hills, California.

_____
Wendy Sarabia

SHAUN SETAREH
9454 WILSHIRE BLVD., PENTHOUSE
BEVERLY HILLS, CA 90212

LOS ANGELES CA 900
26 SEP 2022 PM 9 L

$0.570
US POSTAGE
FIRST-CLASS
FROM 90212
SEP 26 2022
stamps
endicia

AMAZON.COM SERVICES LLC
c/o TRUDY DESBIENS
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833-3502

95833-350224