UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY FUJISHIGE,<br><br>          Plaintiff,<br><br>     v.<br><br>AMAZON.COM SERVICES LLC,<br><br>          Defendant. | Case No. 22-cv-06397-EKL<br><br>**JUDGMENT**<br>Re: Dkt. No. 51 |

On March 31, 2025, the Court granted Amazon's motion to dismiss the second amended complaint without leave to amend. ECF No. 51. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Defendant Amazon.com Services LLC and against Plaintiff Amy Fujishige. Plaintiff shall take nothing by the complaint herein.

The Clerk of the Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 9, 2025

Eumi K. Lee
United States District Judge